UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALYSIA ANN FOWLER,

Plaintiff(s),

v.

WELLS FARGO BANK,

Defendant(s).

_______________________________/

No. C-12-04869 DMR

**ORDER TO SHOW CAUSE**

Defendant Walls Fargo Bank, N.A., has filed a motion to dismiss. [Docket No. 7.] Currently, the motion is set for a court hearing on November 8, 2012. Plaintiff Alysia Fowler is pursuing this action without legal representation. According to the local Court rules, Plaintiff should have filed any brief in opposition to Defendant's motion by October 9, 2012. *See* N.D. Cal. Civ. L.R. 7-3. The court has received no such opposition.

The court ORDERS Plaintiff to respond by October 25, 2012 and explain her failure to respond to the motion. In addition, Plaintiff must simultaneously (1) submit her opposition(s) to the court or (2) file a statement of non-opposition to the motion. This order to show cause does not indicate that the court will necessarily accept Plaintiff's late submission. If Plaintiff does not respond by October 25, 2012, Defendant's motion may be granted.

The court further ORDERS that Defendant shall file a reply, if any, to Plaintiff's opposition no later than November 1, 2012.

IT IS SO ORDERED.

Dated: October 15, 2012




DONNA M. RYU
United States Magistrate Judge