UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSIA ANN FOWLER, | No. C 12-04869 DMR |
| Plaintiff(s), | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| WELLS FARGO BANK, | |
| Defendant(s). | |

On October 15, 2012, the court issued an order to show cause asking Plaintiff to explain why she had not filed her opposition to Defendant's pending motion to dismiss in a timely manner. [Docket No. 11.] After examining Plaintiff's response, the court hereby discharges the order to show cause and deems Plaintiff's opposition filed.

IT IS SO ORDERED.

Dated: October 26, 2012

DONNA M. RYU
United States Magistrate Judge