UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSIA ANN FOWLER, | No. C-12-04869 DMR |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| WELLS FARGO BANK, | |
| Defendant(s). | |

Defendant's motion to dismiss is set for a hearing on February 14, 2013. Pursuant to Civil Local Rule 7-3, any brief in opposition to Defendant's motion was due on January 4, 2013, but no such opposition has been received. <u>Plaintiff Alysia Fowler is ordered to respond by **January 11, 2013**, and show cause for her failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). If Plaintiff does not respond by January 11, 2013, Defendant's motion may be granted.

IT IS SO ORDERED.

Dated: January 7, 2013



DONNA M. RYU
United States Magistrate Judge