UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSIA ANN FOWLER,<br><br>    Plaintiff(s),<br><br>v.<br><br>WELLS FARGO BANK,<br><br>    Defendant(s). | No. C-12-04869 DMR<br><br>**ORDER TO SHOW CAUSE** |

Defendant's motion to dismiss is set for a hearing on February 14, 2013. Pursuant to Civil Local Rule 7-3, any brief in opposition to Defendant's motion was due on January 4, 2013, but no such opposition has been received. <u>Plaintiff Alysia Fowler is ordered to respond by **January 11, 2013**, and show cause for her failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). If Plaintiff does not respond by January 11, 2013, Defendant's motion may be granted.

IT IS SO ORDERED.

Dated: January 7, 2013

_____
DONNA M. RYU
United States Magistrate Judge