UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALYSIA ANN FOWLER,  No. C 12-04869 DMR

    Plaintiff(s),  **ORDER TO SHOW CAUSE**

  v.

WELLS FARGO BANK,

    Defendant(s).

_____/

On January 7, 2013, the court ordered Plaintiff Alysia A. Fowler to show cause for her failure to timely respond to the pending motion to dismiss. [Docket No. 25.] Plaintiff responded to the order to show cause on January 11, 2013 by filing an opposition brief. However, she did not explain her failure to file the brief in a timely manner. [Docket No. 26.] The court therefore orders Plaintiff to show cause by January 14, 2013 as to why she failed to timely file her brief. Failure to respond to this order may result in the court's granting the pending motion to dismiss.

IT IS SO ORDERED.

Dated: January 11, 2013



_____
DONNA M. RYU
United States Magistrate Judge