United States District Court
For the Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ALYSIA ANN FOWLER,

        Plaintiff(s),

    v.

WELLS FARGO BANK,

        Defendant(s).
_____/

No. C 12-04869 DMR

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING DATE FOR FILING OF REPLY BRIEF**

The court hereby discharges the orders to show cause issued in response to Plaintiff's late filing of her opposition to Defendant's motion to dismiss, and deems her opposition brief timely filed. [*See* Docket Nos. 25, 27.] The court orders that Defendant shall file its reply brief no later than January 21, 2013.

IT IS SO ORDERED.

Dated: January 15, 2013

_____
DONNA M. RYU
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Donna M. Ryu]*