**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11    ALYSIA ANN FOWLER,                         No. C 12-04869 DMR

12              Plaintiff(s),                     **ORDER DISCHARGING ORDER TO
                                                  SHOW CAUSE AND SETTING DATE**
13        v.                                      **FOR FILING OF REPLY BRIEF**

14    WELLS FARGO BANK,

15              Defendant(s).
      _____/
16

17         The court hereby discharges the orders to show cause issued in response to Plaintiff's late

18    filing of her opposition to Defendant's motion to dismiss, and deems her opposition brief timely

19    filed.  [*See* Docket Nos. 25, 27.]  The court orders that Defendant shall file its reply brief no later

20    than January 21, 2013.

21

22         IT IS SO ORDERED.

23

24    Dated:  January 15, 2013

25                                                _____
                                                  DONNA M. RYU
26                                                United States Magistrate Judge

27

28