UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSIA ANN FOWLER, | No. C-12-04869 DMR |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| WELLS FARGO BANK, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference previously scheduled for February 6, 2013 has been CONTINUED to **February 14, 2013 at 11:00 a.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **February 7, 2013.**

IT IS SO ORDERED.

Dated: January 28, 2013

DONNA M. RYU
United States Magistrate Judge