**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALYSIA ANN FOWLER,                             No. C-12-04869 DMR

                    Plaintiff(s),              **ORDER CONTINUING CASE
                                               MANAGEMENT CONFERENCE**

          v.

WELLS FARGO BANK,

                    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

          The Case Management Conference previously scheduled for February 6, 2013 has been

CONTINUED to **February 14, 2013 at 11:00 a.m.**,  Courtroom 4, 3rd Floor, U.S. District Court,

1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than

**February 7, 2013.**

          IT IS SO ORDERED.

Dated:  January 28, 2013

                                               _____
                                               DONNA M. RYU
                                               United States Magistrate Judge