**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSIA ANN FOWLER, | No. C-12-04869 DMR |
| Plaintiff(s), | **JUDGMENT** |
| v. | |
| WELLS FARGO BANK, | |
| Defendant(s). | |

This matter having been fully considered, and the issues having been fully decided, and the court having granted Defendants's Motion to Dismiss [Docket No. 34], it is Ordered and Adjudged that Plaintiff take nothing, and that the action be dismissed.

IT IS SO ORDERED.

Dated: June 17, 2013

_____
DONNA M. RYU
United States Magistrate Judge