UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALYSIA ANN FOWLER,                    No. C-12-04869 DMR

        Plaintiff(s),                     **ORDER TO SHOW CAUSE**

   v.

WELLS FARGO BANK,

        Defendant(s).
_____/

     Defendant Wells Fargo Bank has filed a motion for attorneys' fees. [Docket No. 37.] Currently, the motion is set for a court hearing on August 8, 2013. According to the local Court rules, Plaintiff should have filed any brief in opposition to Defendant's motion by July 8, 2013. *See* N.D. Cal. Civ. L.R. 7-3. The court has received no such opposition.

     The court ORDERS Plaintiff to respond by July 19, 2013 and explain her failure to respond to the motion. In addition, Plaintiff must simultaneously (1) submit her opposition(s) to the court or (2) file a statement of non-opposition to the motion. This order to show cause does not indicate that the court will necessarily accept Plaintiff's late submission. If Plaintiff does not respond by July 19, 2013, Defendant's motion may be granted.

     The court further ORDERS that Defendant shall file a reply, if any, to Plaintiff's opposition no later than July 26, 2013.

     IT IS SO ORDERED.

Dated: July 12, 2013

_____
DONNA M. RYU
United States Magistrate Judge