UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSIA ANN FOWLER,<br><br>    Plaintiff(s),<br><br>    v.<br><br>WELLS FARGO BANK,<br><br>    Defendant(s).<br>_____/ | No. C-12-04869 DMR<br><br>**ORDER TAKING MOTION FOR ATTORNEYS' FEES [DOCKET NO. 37] UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

On July 12, 2013, the court ordered Plaintiff to show cause by July 19, 2013 for her failure to respond to Defendant Wells Fargo Bank's motion for attorneys' fees, and to either submit her opposition to the motion or file a statement of non-opposition by that date. [*See* Docket Nos. 37, 39.] To date, Plaintiff has not filed a response to the order to show cause, an opposition to the motion, or a statement of non-opposition.

The court finds that the motion is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the August 8, 2013 hearing on the motion is hereby VACATED. The court will issue a written order on the motion.

IT IS SO ORDERED.

Dated: July 29, 2013

_____
DONNA M. RYU
United States Magistrate Judge