1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ALYSIA ANN FOWLER, an individual as beneficiary for BEVERLY ANN HECTOR TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. as servicer and successor-in-interest to WACHOVIA CORPORATION for WORLD SAVINGS BANK, FSB,<br><br>Defendants. | Case No.: 4:12-cv-04869-DMR<br><br>[The Honorable Donna M. Ryu]<br><br>ORDER GRANTING WELLS FARGO'S MOTION FOR AWARD OF ATTORNEYS' FEES [as modified]<br><br>Date: August 8, 2013<br>Time: 11:00 a.m.<br>Ctrm: 4 |

The motion of defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (erroneously sued as "Wells Fargo Bank, N.A. as servicer and successor-in-interest to Wachovia Corporation for World Savings Bank, FSB") ("Wells Fargo") for an order awarding attorneys' fees ~~came on regularly for hearing on August 8, 2013, at 11:00 a.m. in Courtroom 4 of the above-entitled Court, the Honorable Donna M. Ryu presiding~~ is appropriate for decision without oral argument per Civil Local Rule 7-1(b). Plaintiff filed no opposition, and did not respond to an order to show cause [Docket No. 39].

The Court, having read and considered the motion, the declaration of Leigh O. Curran, the request for judicial notice, and all opposition and reply papers, finds that:

Defendant Wells Fargo is the prevailing party pursuant to a judgment dismissing this action with prejudice on June 17, 2013; [ see Christiansen v. Wells Fargo, 2013 WL 1832644 (N.D. Cal 2013), construing same contract clauses]

Based on the evidence submitted in support of its motion, Wells Fargo's reasonable attorneys' fees are $ 8590. [$7800 plus $790 for opening brief on fee motion] ACCORDINGLY,

**IT IS HEREBY ORDERED**:

1. Defendant Wells Fargo's Request for Judicial Notice in support its fee motion is granted;

2. Defendant Wells Fargo is awarded attorneys' fees as the prevailing party in the amount of $ 8,590 against plaintiff Alysia A Fowler, as trustee for Beverly Ann Hector Trust.

Dated: August 29, 2013

HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE